RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Helping Hands for Dignity Coalition, a Colorado non-profit corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>ANTHONY GURKA,<br><br>　　　　　Defendant. | Case No. 25-cv-06750-WHO<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Helping Hands for Dignity Coalition, a Colorado non-profit corporation, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Other Interested Entities or Persons: Regan Benson (Executive Director of Helping Hands for Dignity Coalition, a Colorado non-profit corporation).

Dated: August 11, 2025

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Helping Hands for Dignity Coalition, a Colorado non-profit corporation*