| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Randall S. Newman, Esq.<br>99 Wall St., Suite 3727<br>NEW YORK, NY 10005<br>　　TELEPHONE NO.: (212) 797-3735<br>　　EMAIL ADDRESS: rsn@randallnewman.net<br>　　ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| **NORTHERN COURT OF CALIFORNIA**<br>　　STREET ADDRESS:<br>　　MAILING ADDRESS:<br>　　CITY AND ZIP CODE:<br>　　BRANCH NAME: | |
| PLAINTIFF: HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation<br>DEFENDANT: ANTHONY GURKA | CASE NUMBER:<br>25-CV-06750-WHO |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by GREGORY WILSON JR. on 9/3/2025 at 10:00 am to be served on **ANTHONY GURKA, 121 COLEMAN RD. APT A3, CRAWFORDVILLE, FL 32727.**

3. **INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR: Misrepresentation, 17 U.S.C. § 512(f); Declaration of Copyright Infringement  JURY TRIAL DEMANDED, ECF Registration Information, NOTICE OF ELIGIBILITY FOR VIDEO RECORDING, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICITION, JUDGE ORRICK'S STANDING ORDER FOR CIVIL CASES** with the date and hour of service endorsed thereon by me, to: **ANTHONY GURKA** at the alternate address of: **3237 Coastal Hwy, CRAWFORDVILLE, FL 32327**, and informed said person of the contents therein, in compliance with state statutes.

4. Date and Time of service: 9/11/2025 at 11:33 am

5. Description: Age: 42, Sex: M, Race/Skin Color: Caucasian, Height: 5'7", Weight: 300, Hair: Dark Brown, Glasses: N

6. Military Status:  The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

7. Marital Status:  Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

8. I am

9. My name, address, telephone number, and, if applicable, county of registration and number are:

    Name: GREGORY WILSON JR.
    Firm: KD PROCESS
    Address: 2957 CAPITAL PARK DRIVE, SUITE # 7, TALLAHASSEE, FL 32301
    Telephone number: (850) 727-4363
    Registration Number: 264
    County: All Areas

| PLAINTIFF: HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation<br>DEFENDANT: ANTHONY GURKA | CASE NUMBER:<br>25-CV-06750-WHO |
|---|---|

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  9/12/2025

GREGORY WILSON JR.
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ *[signature]*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

```
DELIVERED  9/11/2025 11:33 AM
SERVER     GW
LICENSE    264
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of CALIFORNIA

HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation,
*Plaintiff(s)*

v.

ANTHONY GURKA
*Defendant(s)*

Civil Action No.   25-cv-06750-WHO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ANTHONY GURKA
121 Coleman Rd., Apt. A3
Crawfordville, FL 32727

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Randall S. Newman, Esq.
99 Wall St., Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARK B. BUSBY*
*CLERK OF COURT*

Date:   8/14/2025

*Signature of Clerk or Deputy Clerk*