UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 18, 2025 | **Time:** 5 minutes<br>2:09 p.m. to 2:14 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-06750-WHO | **Case Name:** Helping Hands For Dignity Coalition v. Gurka | |

**Attorney for Plaintiff:** Randall S. Newman
**Attorney for Defendant:** Steven C. Vondrau

**Deputy Clerk:** Jean Davis            **Court Reporter:** Summer Fisher

**PROCEEDINGS**

Case Management Conference conducted via videoconference. The Court *sua sponte* indicates that jurisdiction does not seem proper in this District, and inquires whether plaintiff disagrees and, if not, whether it would prefer that the case be transferred to a district with jurisdiction or dismissed. Plaintiff believes that jurisdiction is proper in this District. Counsel are directed to brief the jurisdictional issue. Plaintiff should file a 5-page brief by November 25, 2025, explaining why the Court has jurisdiction but also stating its preferences in the event the Court concludes it lacks jurisdiction; defendant may file a 5-page response by December 4, 2025. The Court will then take the matter under submission.