RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Helping Hands for Dignity Coalition*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY GURKA, <br><br> Defendant. | Case No. 5:25-cv-04685-VKD <br><br> **HON. WILLIAM H. ORRICK** <br><br> **DECLARATION OF RANDALL S. NEWMAN** |

# DECLARATION OF RANDALL S. NEWMAN

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Helping Hands for Dignity Coalition ("Plaintiff"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto. I submit this Declaration in response to the Court's November 18, 2025 Order regarding the Court's jurisdiction over this matter (ECF No. 12).

2. On August 7, 2025, I received two DMCA counter-notices (the "Counter-Notices") that Defendant Anthony Gurka ("Defendant") submitted to Google LLC dba YouTube ("YouTube") in response Plaintiff's DMCA takedown notices.

3. One Counter-Notice listed Defendant's address as "121 Coleman Rd., Apt. A3, Crawfordville, FL 32327" and the other listed "121 Coleman Rd., Crawfordville, FL 32727" (ECF No. 1, Ex. A).

4. The two Counter-Notices, submitted the same day, inconsistently listed different zip codes, and only one included an apartment number. These discrepancies raised concerns as to the accuracy of Defendant's claimed residence particularly because the property is not subdivided into apartments.

5. Prior to filing the Complaint, I had been informed by other YouTube creators familiar with Defendant that the structure located at the 121 Coleman Road property had been destroyed in a fire at least a year before the Counter-Notices were submitted.

6. Because the Counter-Notices were submitted under penalty of perjury and because Defendant identified 121 Coleman Road as his residence, I investigated the property he listed.

7. I reviewed publicly available information on Zillow.com, which displayed the notation "Home burned, now vacant land" for the 121 Coleman Road property.

DECLARATION OF RANDALL S. NEWMAN

8. I also reviewed publicly available information on the Wakulla County, Florida Property Appraiser's website, which showed that the property had been a mobile home (not an apartment) and that the website showed that the "Building Value" for the property was $0 for 2024 and 2025, which further supported my belief that the property was burned down and vacant and not Defendant's residence.

9. Based on both the public records and the information I received regarding the fire it appeared that Defendant had listed a non-existent residence on his Counter-Notices. However, while I suspected the address was false, I had no information as to Defendant's actual residence beyond the general understanding that he lived somewhere in Florida.

10. Because Defendant affirmatively represented to YouTube that he resided at 121 Coleman Road, Plaintiff attempted service at that location solely to verify whether Defendant in fact resided there. This investigation was undertaken to ensure that Plaintiff exercised due diligence under Rule 4 and to confirm the truthfulness of Defendant's Counter-Notice representations. My intention was not to treat the property as a likely residence, but to confirm whether the statements in the Counter-Notice were truthful.

11. The process server reported that the property was abandoned and contained no habitable structure or indication of occupancy. This confirmed that Defendant did not reside at the address provided to YouTube and that the Counter-Notice address was fraudulent.

12. Attached hereto as Exhibit A is a photograph of the purported "apartment" at 121 Coleman Road. As shown, the structure is a burned-out remnant of a mobile home located on vacant land and is not capable of being used as a dwelling.

13. After confirming that Defendant did not reside at the address listed in his Counter-Notices, I received reliable information that Defendant worked at Wakulla High School in Wakulla County, Florida. Defendant was subsequently served at Wakulla High School, located at 3237 Coastal Highway, Crawfordville, Florida 32327 (ECF No. 7).

14. As of the date of this filing, Plaintiff does not have any information regarding Defendant's actual domicile or the federal judicial district in Florida in which he resides.

**DECLARATION OF RANDALL S. NEWMAN**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of November, 2025.

                                                s/ Randall S. Newman
                                                Randall S. Newman



EXHIBIT A - Page 1 of 1