UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELPING HANDS FOR DIGNITY COALITION,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY GURKA,<br><br>        Defendant. | Case No. 25-cv-06750-WHO<br><br>**ORDER REQUIRING RESPONSE**<br>Re: Dkt. Nos. 16 |

Plaintiff has informed the Court that in light of defendant's objection to this Court's exercise of personal jurisdiction over defendant, plaintiff does not oppose and in fact requests transfer of this action to the Northern District of Florida (Tallahassee Division) pursuant to 28 U.S.C. § 1631.

Within ten (10) days of the date of this Order, defendant shall file a notice as to whether he objects to transfer of this matter to that district and division. If no response is received, this Court shall transfer this action to the Northern District of Florida (Tallahassee Division). If defendant objects, defendant shall submit a declaration submitted under penalty of perjury identifying his residence and where this matter may be transferred without objection.

**IT IS SO ORDERED.**

Dated: December 16, 2025



William H. Orrick
United States District Judge