UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELPING HANDS FOR DIGNITY COALITION,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY GURKA,<br><br>   Defendant. | Case No. 25-cv-06750-WHO<br><br>**ORDER TRANSFERRING CASE**<br><br>Re: Dkt. Nos. 16, 18 |

Pursuant to plaintiff's request and defendant's non-opposition, this action is HEREBY TRANSFERRED to the Northern District of Florida (Tallahassee Division) pursuant to 28 U.S.C. § 1631.

**IT IS SO ORDERED.**

Dated: January 14, 2026



William H. Orrick
United States District Judge